UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CRIMINAL ACTION NO. 5:10-CR-136-KKC

UNITED STATES OF AMERICA, PLAINTIFF

v. **OPINION AND ORDER**

FRED FELTMAN ROSER, IV, DEFENDANT

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

This matter is before the Court on several motions filed by the Defendant.

The first is a Motion for Bill of Particulars [DE 97] in which the Defendant ask the United States to provide him with a Bill of Particulars as to Count 6 of the Indictment pursuant to Fed. R. Crim. P. 7(f). That count charges the Defendant with violating 18 U.S.C. § 924(c) by possessing a firearm in furtherance of the drug trafficking crimes charged in Counts 1-5 of the Indictment.

The Court has reviewed the Indictment and finds that it "sets forth the elements of the offense charged and sufficiently apprises the defendant of the charges to enable him to prepare for trial." *United States v. Kendall*, 665 F.2d 126, 134 (6th Cir. 1981). In addition, the government asserts that it has provided full discovery to the Defendant pursuant to Rule 16 and this court's order. The Defendant does not refute that. The Indictment and the discovery already provided to the Defendant will adequately allow him to prepare for trial.

The remaining pending motions are a Motion for Rearraignment [DE 126] and a Motion for Continued Release Pending Sentencing [DE 136]. These motions are now

moot. The Court scheduled this matter for rearraignment but, based on the Defendant's statements, was unable to accept the Defendant's proposed guilty plea and the United States withdrew its plea offer.

Accordingly, the Court hereby ORDERS as follows:

1) the Defendant's Motion for a Bill of Particulars [DE 97] is DENIED; and

2) the Defendant's Motion for Rearraignment [DE 126] and Motion for Continued Release Pending Sentencing [DE 136] are DENIED as moot.

Dated this 3rd day of January, 2012.

Signed By:
*Karen K. Caldwell*
United States District Judge